UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:16-cv-01678 |
| | )   JUDGE CRENSHAW |
| THE CREDIT PROS | ) |
| INTERNATIONAL CORPORATION, | ) |
| JASON M. KAPLAN, ESQ., and | ) |
| DAMON DECRESCENZO, | ) |
| | ) |
|    Defendants. | ) |

# ORDER

Plaintiff's Motion to Dismiss with Prejudice (Doc. No. 15) is **GRANTED**. Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE