UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Craig Cunningham

                                Plaintiff,

v.                                          Case No.: 3:16−cv−01678

Credit Pros International Corporation, et al.

                                Defendant.

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/15/2016 re [16].

                                                               Keith Throckmorton, Clerk
                                                        s/ Dalaina Thompson, Deputy Clerk